In re Estate of Charles M. Bump, Deceased. Laura George Watson, Appellee, v. Edward R. Monroe, Appellant.

Gen. No. 41,098.

opinion filed June 19, 1940. George Delbert Gray and William H. Haight, for appellant; J. Paul Dunne, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''